UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:22-CV-00158-CHB-EBA

ROBERT E. HAMMONS
*Administrator of the Estate of*
ROBERT WAYNE HAMMONS,                                                             PLAINTIFF,

V.                                       **ORDER**

BAYER CORPORATION,                                                                          DEFENDANT.

*** *** *** ***

This matter has been referred to the undersigned to oversee discovery, including directing parties to conduct a timely Rule 26(f) conference and establishing a case schedule. [R. 3]. Thus, and in accordance with Fed. R. Civ. P. 16 and 26, **IT IS ORDERED** as follows:

1. **Within 21 days**, the parties, by counsel, shall meet, either in person or by telephone, to consider the topics Rule 26(f)(2) mandates;

2. **Within 14 days** of the meeting, the parties shall file a joint status report containing:

    a. The discovery plan containing, *inter alia*, the parties' views and proposals on all items Rule 26(f)(3) lists and any standard scheduling order deadlines/requirements on which the parties wish the Court to consider specific timing proposals;

    b. The parties' estimate of the time necessary to file pretrial motions;

    c. The parties' belief(s) as to whether the matter is suitable for some form of alternative dispute resolution and any proposed timing;

3. The parties' estimate as to the likely length of the trial and dates mutually convenient for trial.

Signed September 1, 2022.

